UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62479-CIV-DIMITROULEAS

DANIEL FIGUEROA, SANDRA PEREZ
and TAHIR WASEEM, on their own
behalf and others similarly situated.,

      Plaintiffs,
v.

ADVANTAGE OPCO, LLC, d/b/a
Advantage Rent a Car,,

      Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Joint Motion to Amend Complaint and Approve Settlement of FLSA Collective Action (the "Motion") [DE 35], and the Report and Recommendation of Magistrate Judge Lurana S. Snow (the "Report") [DE 41], dated January 25, 2017. The Court notes that the parties filed a Joint Notice of No Objections to Report and Recommendation of Magistrate Snow [DE 42]. As there are no objections, the Magistrate Judge's factual findings in the Report [DE 35] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although there are no objections, the Court has conducted a *de novo* review of the Report [DE 41] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusion that the Motion [DE 35] be granted and that Plaintiff be awarded attorney's fees and costs consistent with the Report.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1

1. The Report [DE 41] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion [DE 35] is hereby **GRANTED**.

3. Plaintiff is hereby awarded attorney's fees and expenses in the amount of $120,823.33.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of February, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Judge Lurana S. Snow