**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-62479-CIV-DIMITROULEAS**

DANIEL FIGUEROA, SANDRA PEREZ
and TAHIR WASEEM, on their own
behalf and others similarly situated.,

    Plaintiffs,

v.

ADVANTAGE OPCO, LLC, d/b/a
Advantage Rent a Car,,

    Defendant.
_____/

**ORDER GRANTING JOINT MOTION FOR COURT
APPROVAL OF SETTLEMENT AND DISMISSING CASE WITH PREJUDICE**

THIS CAUSE is before the Court on the parties' Joint to Amend Complaint and Approve Settlement of FLSA Collective Action [DE 35], filed on December 16, 2017. On December 20, 2016, the Court deferred ruling on the Motion [DE 35] until after Magistrate Judge Lurana S. Snow entered a report and recommendation regarding the attorney's fees sought in the settlement. *See* [DE 37]. The Court separately entered an Order today adopting and approving Judge Snow's recommendation [DE 41] that attorney's fees in the amount of $120,823.33 be awarded. The Court has carefully considered the Joint Motion [DE 35], the Settlement Agreements attached thereto, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion [DE 35] is **GRANTED** and the Settlement Agreement attached thereto is **APPROVED**;[1]

---

[1] Plaintiffs were advised in the Court's December 20, 2016 Order that their request for leave to file an amended

1

2. This case is **DISMISSED WITH PREJUDICE**;

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions;

4. The Court retains limited jurisdiction for the sole purpose of enforcing the settlement(s).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of February, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

---

complaint was denied without prejudice to re-file as a separate motion requesting that relief. As of the date of this Order, Plaintiffs have not filed a separate motion requesting leave to file an amended complaint.