UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-cv-62479-WPD

DANIEL FIGUEROA, SANDRA PEREZ,
and TAHIR WASEEM, on their own
behalf and others similarly situated,

    Plaintiffs,

v.

ADVANTAGE OPCO, LLC,
d/b/a ADVANTAGE RENT A CAR

    Defendant.
_____/

## STIPULATED MOTION TO RE-OPEN CASE FOR LIMITED PURPOSE OF FILING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs respectfully request that the Court re-open this case for the limited purpose of filing their Stipulated Motion for Leave to File Amended Complaint, attached as Exhibit A to this motion, which adds Defendant E-Z Rent A Car, LLC ("E-Z") as a named Defendant in this Fair Labor Standards Act Collective Action case. In the alternative, if the Court does not wish to re-open this case, Plaintiffs respectfully request permission to file the attached Amended Complaint notwithstanding that the case has been closed.

I.    Procedural Background

Plaintiffs filed their Complaint on November 24, 2015 alleging that Defendant ADVANTAGE OPCO, LLC, ("ARC") violated the FLSA and the Connecticut Minimum Wage Act by failing to pay overtime wages to Customer Service Managers ("CSMs"). D.E. 1. On October 25, 2016, the parties submitted their Joint Notice of Settlement to the Court. D.E. 32. On December 16, 2016, the parties filed their Joint Motion to Amend Complaint and Approve Settlement of Collective Action ("Motion for Approval"). D.E. 35. On December 19, 2016 the

Court entered an order deferring a ruling on the Motion for Approval until such time as Judge Snow entered her Report and Recommendation on the reasonableness of the attorney's fees sought in the Motion for Approval.  D.E. 37.  The Court's Order further noted that the request for leave to file an amended complaint was denied without prejudice to re-file as a separate motion requesting that relief.  *Id.*  Following receipt of Judge Snow's Report and Recommendation (D.E. 41), the Court entered its Order Granting Joint Motion for Court Approval of Settlement and Dismissing Case with Prejudice in which the Court directed the Clerk to close this case.  D.E. 44.  The Court's Order approving the settlement correctly noted that Plaintiffs had not re-filed the motion for leave to amend the Complaint.  *Id.*  Plaintiffs hereby seek leave of Court for the purpose of re-filing the motion to amend the Complaint to carry out the intent of the parties in their Settlement and to have the approved notice packet that will be sent to the putative collective accurately reflect that ARC and E-Z are parties to this litigation.  The proposed Amended Complaint is attached to this Motion as Exhibit A.  Defendants ARC and E-Z agree and consent to the entry of an order granting the relief requested herein.

II.     <u>Argument</u>

Once an answer if filed to the original pleading, plaintiffs may file an amended pleading with the opposing party's written consent or with leave of court, which shall be freely given. Fed. R. Civ. P. 15(a)(2).  By signature below, ARC and E-Z provide their written consent to the filing of the Amended Complaint.

The Court should allow Plaintiffs to file the proposed Amended Complaint because it will carry out the intent of the parties and prevent any potential confusion and/or inconstancy as to the approved notice to the parties.  D.E. 35, Exhibits A-C (Consent to Join Form, Notice of Settlement and Reminder Postcard, respectively).  All of the forms identify E-Z as a party to this

lawsuit, and the notice explains that Plaintiffs have sued both ARC and E-Z. The parties' agreement intended to bind both ARC and E-Z, and to permit employees who worked for either affiliated entity (or both of them) to participate in the settlement. Thus, adding Defendant E-Z as a party to this suit effectuates the intent of the parties and avoids any confusion to putative collective members as to whether E-Z is part of this case, and further eliminates the need to make changes to the notice documents, and then seek approval from this Court of those changes. Amendment of the Compliant is in the interest of all parties and potential putative collective members.

### III. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court re-open this case for the limited purpose of allowing Plaintiffs to file their proposed Amended Complaint, attached as Exhibit A hereto.

### WRITTEN STIPULATION

In accordance with Fed. R. Civ. P. 15(a)(2), by signature of counsel below, Defendants hereby stipulate and consent to the filing of Plaintiffs' proposed Amended Complaint, attached to this Motion as Exhibit A.

/s/ Steven A. Siegel
Steven A. Siegel
FISHER & PHILLIPS, LLP
Attorneys for Defendants Advantage Opco,
LLC and E-Z Rent A Car, LLC

Dated: February 14, 2017
Boca Raton, Florida

Respectfully submitted,

/s/ Alan L. Quiles
Alan L. Quiles

> Gregg I. Shavitz, Florida Bar No. 011398
> E-Mail: gshavitz@shavitzlaw.com
> Alan L. Quiles, Florida Bar No. 62431
> E-Mail: aquiles@shavitzlaw.com
> Shavitz Law Group, P.A.
> 1515 South Federal Hwy, Suite 404
> Boca Raton, FL 33432
> Tel: 561-447-8888; Fax: 561-447-8831
>
> **Attorneys for Plaintiffs and the Collective**

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2017, I electronically filed the foregoing document, as an exhibit to Plaintiff's Agreed Motion for Leave to Amend Complaint, with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

> **/s/ Alan L. Quiles**
> Alan L. Quiles

## SERVICE LIST
*Figueroa et al  v. Advantage Opco, LLC et al*
*CASE NO: 0:15-cv-62479-WPD*
*United States District Court, Southern District of Florida*

Steven A. Siegel
ssiegel@laborlawyers.com
FISHER & PHILLIPS, LLP
450 East Las Olas Boulevard
Suite 800
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739
Served via CM/ECF